AUGUST 25, 1953

**No. 57473.**—SUIT 4733.—United States *v.* Pacific-Customs Brokerage Company.— Abstract 56348 reversed April 15, 1953. C. A. D. 521.

**No. 57474.**—SUIT 4743.—United States *v.* Perry Ryer & Co.—

 C. D. 1403 affirmed June 3, 1953. C. A. D. 524.